PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAMES RAMOS, <br><br> Defendant. | CASE NO. 1:19-CR-00035-ADA-BAM <br><br> STIPULATION TO VACATE TRIAL CONFIRMATION AND JURY TRIAL DATES; ORDER <br><br> DATE: January 30, 2023 <br> TIME: 8:30 a.m. <br> COURT: Hon. Ana de Alba |

The parties by this stipulation request to vacate the trial confirmation date of January 30, 2023 and the jury trial date of March 7, 2023. The parties further request that a trial setting or change of plea hearing be set for March 13, 2023 and exclude time to and through that date.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial confirmation on January 30, 2023.

2. By previous order, this matter was set for jury trial on March 7, 2023.

3. By this stipulation, defendant and government request that a trial setting or change of plea hearing be set for March 13, 2023 and that the January 30, 2023 trial confirmation and March 7, 2023 jury trial dates be vacated.

4. The parties agree and stipulate, and request that the Court find the following:

1

a) The government has represented that the initial discovery associated with this case has been either produced directly to counsel and/or made available for inspection and copying.

b) The parties are actively engaged in plea negotiations. Due to recent developments, different offers are being considered and are in the approval process. The parties are still of the belief that the matter will settle and need additional time to finalize the plea negotiations.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 7, 2023 to March 13, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**[Remainder of this page intentionally left blank.]**

IT IS SO STIPULATED.

Dated: January 24, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

Dated: January 24, 2023

/s/MILES HARRIS
MILES HARRIS
Counsel for Defendant
LITZY MICHELLE OSTOS-IRIGOYEN.

IT IS SO ORDERED.

Dated:   January 25, 2023

_____
UNITED STATES DISTRICT JUDGE

3