PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>JAMES RAMOS,<br><br>              Defendant. | CASE NO. 1:19-CR-00035-ADA-BAM<br><br>STIPULATION TO CONTINUE HEARING; ORDER<br><br>DATE: June 5, 2023<br>TIME: 8:30 a.m.<br>COURT: Hon. Ana de Alba |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.   By previous order, this matter was set for trial setting or change of plea hearing on June 5, 2023.

2.   By this stipulation, defendant and government request that the status conference, trial setting, or change of plea hearing be continued to July 26, 2023 before Judge McAuliffe at 1 p.m.

3.   The parties agree and stipulate, and request that the Court find the following:

   a)   The government has represented that the initial discovery associated with this case has been either produced directly to counsel and/or made available for inspection and copying.

   b)   The parties are actively engaged in plea negotiations. The parties are still of the

belief that the matter will settle and need additional time to finalize the plea negotiations.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 5, 2023 to July 26, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**[Remainder of this page intentionally left blank.]**

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

IT IS SO STIPULATED.

Dated:  June 1, 2023         PHILLIP A. TALBERT
                             United States Attorney


                             /s/ LAUREL J. MONTOYA
                             LAUREL J. MONTOYA
                             Assistant United States Attorney


Dated:  June 1, 2023         /s/MILES HARRIS
                             MILES HARRIS
                             Counsel for Defendant
                             JAMES RAMOS.


IT IS SO ORDERED.

   Dated:   June 1, 2023

                             _____
                             UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3