PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00035-ADA-BAM |
| Plaintiff, | STIPULATION REGARDING SETTING TRIAL DATES AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JAMES RAMOS, | DATE: July 26, 2023 TIME: 1:00 p.m. COURT: Hon. Barbara A. McAuliffe |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on July 26, 2023.

2.      By this stipulation, the parties request the Court set the matter for jury trial on May 7, 2024, and to exclude time between July 26, 2023, and May 7, 2024, under Local Code T4.

3.      The parties further request that a trial confirmation hearing be set for April 15, 2024.

4.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes investigative reports and photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Additionally, the parties have actively engaged in plea negotiations.

b)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

c)      Counsel for defendant believes that failure to grant the above-requested setting would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence

d)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 26, 2023 to May 7, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 21, 2023                          PHILLIP A. TALBERT
                                               United States Attorney


                                               /s/ LAUREL J. MONTOYA
                                               LAUREL J. MONTOYA
                                               Assistant United States Attorney


Dated:  July 21, 2023                          /s/ MILES HARRIS
                                               MILES HARRIS
                                               Counsel for Defendant
                                               JAMES RAMOS

## **ORDER**

IT IS SO ORDERED that the status conference set for July 26, 2023, is vacated. A jury trial is set for **May 7, 2024, at 8:30 a.m. before District Judge Ana de Alba**. Estimate time of trial is **3-5 days**. A Trial Confirmation is set for **April 15, 2024, at 8:30 a.m. before District Judge Ana de Alba**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **July 21, 2023**               /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE