PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES RAMOS,<br><br>Defendant. | CASE NO. 1:19-CR-00035-NODJ-BAM<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER<br><br>DATE: May 28, 2024<br>TIME: 8:30 a.m.<br>COURT: NODJ |

The parties by this stipulation request to continue the trial setting or change of plea hearing set for May 28, 2024 to July 29, 2024, and exclude time to and through that date.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for change of plea or tria setting hearing on May 28, 2024.

2. By this stipulation, defendant and government request that the trial setting or change of plea hearing set for May 28, 2024 be continued to July 29, 2024 before the District Judge.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the initial discovery associated with this case has been either produced directly to counsel and/or made available for inspection and

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

copying.

        b)      The parties are actively engaged in plea negotiations.  Due to recent developments and decisions regarding the safety valve provision, different offers are being considered and are in the approval process.  The parties are still of the belief that the matter will settle and need additional time to finalize the plea negotiations.

        c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 28, 2024 to July 29, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**[Remainder of this page intentionally left blank.]**

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

IT IS SO STIPULATED.

Dated: May 20, 2024                                    PHILLIP A. TALBERT
                                                       United States Attorney

                                                       /s/ LAUREL J. MONTOYA
                                                       LAUREL J. MONTOYA
                                                       Assistant United States Attorney

Dated: May 20, 2024                                    /s/MILES HARRIS
                                                       MILES HARRIS
                                                       Counsel for Defendant
                                                       JAMES RAMOS

## **ORDER**

IT IS SO ORDERED that the change of plea hearing/trial setting is continued from May 28, 2024, to **July 29, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **May 22, 2024**                                /s/ Barbara A. McAuliffe
                                                       UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3