```
PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00035-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; AND ORDER |
| v. | DATE: November 6, 2024 |
| JAMES RAMOS, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

The parties by this stipulation request to continue the trial setting or change of plea hearing set for November 6, 2024 to January 13, 2025, and exclude time to and through that date.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for change of plea or trial setting hearing on November 6, 2024.

2. By this stipulation, defendant and government request that the trial setting or change of plea hearing set for November 6, 2024 be continued to January 13, 2025 before the District Judge.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the initial discovery associated with this case has been either produced directly to counsel and/or made available for inspection and

copying.

      b)      The parties are actively engaged in plea negotiations.  Due to recent developments and decisions regarding the safety valve provision, different offers are being considered and are in the approval process.  A revised plea agreement was sent that defense counsel needs additional time to review and discuss with the defendant.  The negotiations continue to be in progress since the last request.

      c)      Counsel for the government was unavailable for a period of time while out on medical leave.  The parties are still of the belief that the matter will settle and need additional time to finalize the plea negotiations.

      d)      Counsel for the government anticipates being unavailable until late October due to medical reasons.

      e)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      f)      The government has no objection to the continuance.

      g)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      h)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 6, 2024 to January 13, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

IT IS SO STIPULATED.

Dated:  October 29, 2024
PHILLIP A. TALBERT
United States Attorney

/s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

Dated:  October 29, 2024
/s/ MILES HARRIS
MILES HARRIS
Counsel for Defendant
JAMES RAMOS

## ORDER

IT IS SO ORDERED that the trial setting/change of plea hearing is continued from November 6, 2024, to **January 13, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).  The Court also sets a status conference for **December 11, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. If the parties file the plea agreement in advance of December 11, 2024, the Court will vacate the status conference.

IT IS SO ORDERED.

Dated:  **October 30, 2024**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE