PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00035-NODJ-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| v. | DATE: December 11, 2024 |
| JAMES RAMOS, | TIME: 11:00 a.m. |
| Defendant. | COURT: Hon. Barbara A. McAuliffe |

The parties by this stipulation request to continue the status conference hearing set for December 11, 2024 to January 8, 2025. Time has been excluded through January 13, 2025 by previous Court Order.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status conference hearing on December 11, 2024.

2.      By this stipulation, defendant and government request that the status conference hearing set for December 11, 2024 be continued to January 8, 2025. The change of plea hearing or trial setting hearing is set for January 13, 2025 before the District Judge.

3.      The parties agree and stipulate, and request that the Court find the following:

a)   The government has represented that the initial discovery associated with this case has been either produced directly to counsel and/or made available for inspection and copying.

b)   The parties continue to be actively engaged in plea negotiations.  Due to recent developments and decisions regarding the safety valve provision, different offers are being considered and are in the approval process.  A revised plea agreement was sent that defense counsel needs additional time to review and discuss with the defendant.  The negotiations continue to be in progress since the last request.

c)   Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)   The government has no objection to the continuance.

e)   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 6, 2024 to January 13, 2025, inclusive, was deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] and previously excluded by previous Order because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1    IT IS SO STIPULATED.

2    Dated:  December 9, 2024                    PHILLIP A. TALBERT
                                                United States Attorney
3

4                                               /s/ LAUREL J. MONTOYA
                                                LAUREL J. MONTOYA
5                                               Assistant United States Attorney

6

7    Dated:  December 9, 2024                   /s/MILES HARRIS

8                                               MILES HARRIS
                                                Counsel for Defendant
9                                               JAMES RAMOS

10

11

12                              **FINDINGS AND ORDER**

13          IT IS SO FOUND that the ends of justice are served by requested continuance.

14          IT IS FURTHER FOUND that the ends of justice served by taking such action outweigh the best

15   interest of the public and the defendant in a speedy trial and that time is deemed excluded pursuant to 18

16   U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

17          IT IS ORDERED that the status conference hearing is continued from December 11, 2024 to

18   **January 8, 2025 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  The change of plea or

19   trial setting date before the District Judge remains set on January 13, 2025, and that time has been

20   excluded to and through January 13, 2025 from the time in which trial must commence.
     IT IS SO ORDERED.
21

22      Dated:   **December 10, 2024**              /s/ *Barbara A. McAuliffe*

23                                               UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28