1  MICHELE BECKWITH
   Acting United States Attorney
2  LAUREL J. MONTOYA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,              CASE NO. 1:19-CR-00035-NODJ-BAM

12                      Plaintiff,        STIPULATION TO CONTINUE SENTENCING
                                          HEARING; AND ORDER
13              v.
                                          DATE: April 21, 2025
14 JAMES RAMOS,                           TIME: 9:30 a.m.
                                          COURT:
15                      Defendant.

16

17                              **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20       1.      By previous order, this matter was set for sentencing hearing on April 21, 2025.

21       2.      By this stipulation, defendant and government request that the sentencing hearing be

22 continued to May 19, 2025.

23       3.      The parties agree and stipulate, and request that the Court find the following:

24               a)      Defense counsel anticipates being in a jury trial in a 2018 double homicide matter.

25       This matter is set for assignment on April 2, 2025 and counsel does not believe this matter will

26       settle or be continued.

27 ///

28 ///

STIPULATION REGARDING EXCLUDABLE TIME          1
PERIODS UNDER SPEEDY TRIAL ACT

1    b)    Additionally, after discussing the matter, both parties believe there may be

2    additional investigation that needs to take place prior to the sentencing date and time is needed to

3    accomplish this.

4    c)    Counsel for defendant believes that failure to grant the above-requested

5    continuance would deny him/her the reasonable time necessary for effective preparation, taking

6    into account the exercise of due diligence.

7    d)    The government has no objection to the continuance.

8    IT IS SO STIPULATED.

9    Dated:  April 1, 2025                          MICHELE BECKWITH
                                                      Acting United States Attorney
10

11                                                  /s/ LAUREL J. MONTOYA
                                                    LAUREL J. MONTOYA
12                                                  Assistant United States Attorney

13

14    Dated:  April 1, 2025                         /s/MILES HARRIS
                                                    MILES HARRIS
15                                                  Counsel for Defendant
                                                    JAMES RAMOS
16

17                                    **ORDER**

18        IT IS SO ORDERED that the sentencing hearing is continued from April 21, 2025, to **May 19,**

19    **2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

20

21    IT IS SO ORDERED.

22

23    Dated:    **April 1, 2025**            /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME            2
PERIODS UNDER SPEEDY TRIAL ACT