MICHELE BECKWITH
Acting United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAMES RAMOS, <br><br> Defendant. | CASE NO. 1:19-CR-00035-DAD-BAM <br><br> STIPULATION TO CONTINUE SENTENCING HEARING; ORDER <br><br> DATE: May 19, 2025 <br> TIME: 10:00 a.m. <br> COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing hearing on May 19, 2025.

2. By this stipulation, defendant and government request that the sentencing hearing be continued to June 30, 2025.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Additionally, after discussing the matter, both parties believe there may be additional investigation that needs to take place prior to the sentencing date and time is needed to accomplish this.

    b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

into account the exercise of due diligence.

      c)    The government has no objection to the continuance.

IT IS SO STIPULATED.

Dated: May 16, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

Dated: May 16, 2025

/s/MILES HARRIS
MILES HARRIS
Counsel for Defendant
JAMES RAMOS

## FINDINGS AND ORDER

IT IS SO FOUND that the ends of justice are served by requested continuance.

IT IS FURTHER FOUND that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS ORDERED that the sentencing hearing is continued to June 30, 2025, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **May 16, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2